# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| JAG Oil Limited Partnership, | ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| Wind River Resources, Inc., Hurley Oil Properties, Inc., and G. William Hurley Revocable Trust, | ) ) ) | |
| | ) | Case No. 1:23-cv-112 |
| Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on the magistrate judge by telephone on January 12, 2024, at 9:00 AM. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 12th day of October, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court